IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DAVID DRAKE and BRANDI SNYDER, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN HINDS, RICHARD MCNAY, INC., TROY FRIDERES, and COCA-COLA ENTERPRISES, INC., <br><br> Defendants. | No. C05-0015 <br><br> **ORDER** |

This matter comes before the court pursuant to defendants' March 31, 2006 unopposed motion to extend neuropsychological expert witness deadline by five days (docket number 26) and defendants' April 3, 2006 motion to seal Exhibit "E" of their appendix in support of their partial motion for summary judgment (docket number 28).

With respect to their motion to extend their expert witness deadline, defendants' IME and financial expert witness is April 15, 2006. According to defendants' motion, additional time is needed so that the defendants' neuropsychological expert can examine the plaintiff. Defendants' neuropsychological expert's report will be available for disclosure on or before April 20, 2006. Plaintiffs do not object to this extension.

Regarding defendants' motion to seal Exhibit "E," defendant's motion states that Exhibit "E" contains personal information about the plaintiff which was inadvertently not redacted pursuant to Local Rule 10.1(h). As such, defendants request either that Exhibit "E" be sealed, or that they be granted leave to re-file Exhibit "E" with the personal information redacted. Because the court's CM/ECF system will not allow for a portion of an attachment to be sealed, the defendants shall re-file their entire appendix with the personal information contained in Exhibit "E" redacted. The clerk shall seal the appendix as attached to docket number 27.

Upon the foregoing,

IT IS ORDERED the defendants' motion to extend their neuropsychological expert witness deadline by five days (docket number 26) is granted.  The defendants shall submit the written report of their neuropsychological expert on or before April 20, 2005.  Defendant's motion to seal Exhibit "E" (docket number 28) is granted insofar as the defendants are granted leave to re-file their summary judgment appendix with the personal information contained in Exhibit "E" redacted.  The clerk shall seal the defendants' appendix, attached to docket number 27.

April 6, 2006.

_____
JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT